**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILLIP SULLIVAN, JR.,

                Plaintiff,

-against-

RINGLING COLLEGE OF ART AND DESIGN, INC.,

                Defendant
-----------------------------------------------------------X

19 **CIVIL** 1302 (RA)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 4, 2019, Defendant's motion to dismiss for lack of jurisdiction is granted; accordingly, the case is closed.

**Dated:** New York, New York
         December 5, 2019

                                        RUBY J. KRAJICK
                                        Clerk of Court
                        BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/5/2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019